# VERIFIED RETURN OF SERVICE

Job # MIA30749

**Client Info:**

The Law Offices of Jibrael S. Hindi, PLLC
1515 NE 26th Street
Wilton Manors, FL 33305

**Case Info:**

**PLAINTIFF:**
BIANCA JOHNSTON, INDIVIDUALLY AND ON BEHALF OF ALL THOSE SIMILARLY SITUATED
-versus-
**DEFENDANT:**
ALL DEALS, LLC

U.S.D.C. FOR THE CENTRAL DISTRICT OF CALIFORNIA

Court Case # **5:26-cv-01528-SSS (SPx)**

**Service Info:**

**Received by Richard Abbazia: on April, 2nd 2026** at **01:58 PM**
**Service:** I Served **ALL DEALS, LLC c/o Registered Agent, Inc.**
With: **SUMMONS, NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES, NOTICE TO PARTIES OF COURT - DIRECTED ADR PROGRAM, CERTIFICATION AND NOTICE OF INTERESTED PARTIES, CIVIL COVER SHEET, CLASS ACTION COMPLAINT**
by leaving with **Josie Pearson, INTAKE SPECIALIST**

**At Business 7901 4TH ST. NORTH STE. 300 SAINT PETERSBURG, FL 33702**
On **4/3/2026** at **11:23 AM**
**Manner of Service:** USDC SUMMONS
Service has been completed pursuant to Federal Rule of Civil Procedure (4) CCP Section 415.20

**Served Description: (Approx)**

Age: **30**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 5"**, Weight: **210**, Hair: **Brown** Glasses: **Yes**

I **Richard Abbazia** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

**Richard Abbazia**
Lic # **APS13460**

**Accurate Serve of Plantation**
151 N. Nob Hill Road, Suite 254
Plantation, FL 33324

Client # Bianca Johnston v. All Deals LLC
Ref # 86693

INITIALS: RA ID #APS13969
DATE: 4/3/2026 TIME: 11:23 AM

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| BIANCA JOHNSTON, individually and on behalf of all those similarly situated<br>*Plaintiff(s)*<br>v.<br>ALL DEALS LLC<br>*Defendant(s)* | ) | Civil Action No. 5:26-cv-01528-SSS (SPx) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* ALL DEALS LLC
c/o: REGISTERED AGENTS INC.
7901 4TH ST. N
STE. 300
ST. PETERSBURG, FL 33702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gerald D. Lane, Jr. ESQ
The Law Offices of Jibrael S Hindi
1515 NE 26th Street,
Wilton Manors FL, 33305

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/30/2026

*Signature of Clerk or Deputy Clerk*